AO 91 (Rev. 11/11) Criminal Complaint

United States District Court
Southern District Of Texas
FILED

OCT 13 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Andres RAMOS<br>YOB: 1994 Citizenship: USC<br><br>*Defendant(s)* | Case No. M-19-2491-M |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 13, 2019__ in the county of __Starr__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841(a)(1) | Knowingly or intentionally possess with intent to manufacture, distribute, or dispense, a controlled substance; to wit: approximately 217 kilograms of marijuana, a Schedule I Controlled Substance. |

This criminal complaint is based on these facts:

See attachment.

☑ Continued on the attached sheet.

/s/ Kevin Buechner
*Complainant's signature*

Kevin Buechner, DEA Special Agent
*Printed name and title*

Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr. P. 4.1, and probable cause found on:

Date: 10/13/2019

*Judge's signature*

City and state: McAllen, Texas

J. Scott Hacker, US Magistrate Judge
*Printed name and title*

**ATTACHMENT I**

On October 13, 2019, at approximately 1:00 am, Rio Grande City, Texas, United States Border Patrol Agents assigned to line watch duties near the "E and S Fields", an area heavily utilized by narcotics smugglers, were notified by Aerostat operators that they observed a vehicle travelling south bound towards the Rio Grande River thru the "E and S Fields".

Agents observed approximately eight (8) subjects on the Mexican side of the riverbank directly south of the vehicle. Agents observed the vehicle travel directly towards the riverbank and approximately five minutes later the vehicle traveled back north from the river bank.

Agents attempted to interdict the suspected load vehicle by activating their overhead lights; however, the vehicle quickly turned into the parking lot of a building known as "Adult Daycare" and droped off an unknown male subject.

Agents observed the suspect vehicle turn around at the end of a road known as "Alpha Street" and begin driving at a high rate of speed. Agents observed the vehicle driving south towards the Rio Grande River and then proceeded to make several turns around the fields. Moments later, Agents observed the suspect vehicle drive into the brush, the driver bailed out of the vehicle and fled on foot.

Agents established a perimeter around the thick brush and a Border Patrol K-9 unit quickly arrived on scene. The K-9 immediately alerted to the scent of the driver and was able to track the driver to a patch of brush nearby the vehicle. Agents observed an unknown male, who was later identified as Andres RAMOS, hiding under a patch of thick thorn bushes.

Agents located a total of twenty-five (25) packages of marijuana weighing approximately 217 kilograms inside the vehicle that RAMOS was driving.

RAMOS, along with the marijuana were transported to the Rio Grande City Border Patrol Station for processing.

At approximately 3:31 am, DEA Agents Kevin Buechner and Joshua Garza and Norris Macon read Andres RAMOS his Miranda Warnings and RAMOS requested an attorney present. No further questioning was conducted on RAMOS.